

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00235-CV

IN THE INTEREST OF Y.J., A CHILD

§ On Appeal from the 323rd District Court

§ of Tarrant County (323-107644-18)

§ December 19, 2019

§ Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court reversibly erred in the part of its order awarding joint managing conservatorship. We reverse the part of the trial court's order appointing joint managing conservators, and we remand the case to the trial court for a new trial on the conservatorship and adoption issues, as set forth in this court's memorandum opinion. The trial court must commence a new trial no later than 180 days after the date this court issues the mandate in this appeal. *See* Tex. Fam. Code Ann. § 263.401(b-1).

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell